days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–372. IN RE DISBARMENT OF CHAGRA. It is ordered that Joseph Salim Chagra, of El Paso, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–818. NATIONAL LABOR RELATIONS BOARD v. BILDISCO & BILDISCO, DEBTOR-IN-POSSESSION, ET AL.; and
No. 82–852. LOCAL 408, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. [Certiorari granted, 459 U. S. 1145.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a supplemental brief as amicus curiae denied.

No. 82–945. SURE-TAN, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. [Certiorari granted, 460 U. S. 1021.] Motion of Mexican American Legal Defense and Educational Fund, Inc., et al. for leave to file a brief as amici curiae granted.

No. 83–507. CARPENTERS PENSION TRUST FOR SOUTHERN CALIFORNIA v. SHELTER FRAMING CORP. ET AL. C. A. 9th Cir. Motion of petitioner to defer consideration in Nos. 83–245 and 83–291, infra, or in the alternative, to expedite consideration of the petition for writ of certiorari in No. 83–507 denied.

No. 82–1577. MICHIGAN CANNERS & FREEZERS ASSN., INC., ET AL. v. AGRICULTURAL MARKETING AND BARGAINING BOARD ET AL. Appeal from Sup. Ct. Mich. Probable jurisdiction noted.

No. 83–245. PENSION BENEFIT GUARANTY CORPORATION v. R. A. GRAY & CO.; and
No. 83–291. OREGON-WASHINGTON CARPENTERS-EMPLOYERS PENSION TRUST FUND v. R. A. GRAY & CO. Appeals from C. A. 9th Cir. Motion of G & R Roofing Co. for leave to file a brief as amicus curiae in No. 83–245 granted. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 705 F. 2d 1502.